Brandon P. MOORE, on behalf of himself and all others similarly situated, Plaintiff–Appellant,

v.

TRACTOR SUPPLY CO., Defendant–Appellee.

No. 05–10189
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 12, 2005.

Joseph Bilotta, Vassallo & Bilotta, Lake Worth, FL, for Plaintiff–Appellant.

Nikki M. Setnor, Patrick G. DeBlasio, III, Jackson Lewis, LLP, Miami, FL, for Defendant–Appellee.

Before TJOFLAT, ANDERSON and GODBOLD, Circuit Judges.

PER CURIAM.

We find that the district court properly granted summary judgment in this Fair Labor Standards Act case because the plaintiff fit within the executive exception to federally mandated overtime pay.

AFFIRMED.